# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIPOINT HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>PRIME TRUST, LLC, BANQ INC., and SCOTT PURCELL<br><br>            Defendants. | Case No. 1:19-cv-11055-DLC<br><br>**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS PRIME TRUST, LLC AND BANQ INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendants certifies that Prime Trust, LLC is the parent company of Banq Inc.; that Prime Trust, LLC has no parent company; and that no publicly held corporation owns more than 10% of the stock of either Prime Trust, LLC or Banq Inc.

Dated:  January 27, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew P. Bridges*
　　　　　　　　　　　　　　　　　　　　　　Andrew P. Bridges (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　(California State Bar # 122761)
　　　　　　　　　　　　　　　　　　　　　　(Georgia State Bar # 080850)
　　　　　　　　　　　　　　　　　　　　　　Meghan Fenzel (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　(California State Bar # 324139)
　　　　　　　　　　　　　　　　　　　　　　801 California Street
　　　　　　　　　　　　　　　　　　　　　　Mountain View, CA  94041
　　　　　　　　　　　　　　　　　　　　　　Telephone: 415-875-2389
　　　　　　　　　　　　　　　　　　　　　　Email:  abridges@fenwick.com
　　　　　　　　　　　　　　　　　　　　　　　　　　mfenzel@fenwick.com

　　　　　　　　　　　　　　　　　　　　　　Adam R. Gahtan
　　　　　　　　　　　　　　　　　　　　　　(New York Bar # 2812501)
　　　　　　　　　　　　　　　　　　　　　　902 Broadway, 14th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10010
　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-430-2600
　　　　　　　　　　　　　　　　　　　　　　Email:  agahtan@fenwick.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　PRIME TRUST, LLC, BANQ, INC., and
　　　　　　　　　　　　　　　　　　　　SCOTT PURCELL