# H | T | F | L

## HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK    WASHINGTON, DC    MIAMI

JENNY JOHNSON-SARDELLA, ESQUIRE
(ADMITTED NY, FL AND DC)

E-MAIL: JSARDELLA@HTFLAWYERS.COM

January 27, 2020

**MEMO ENDORSED**

**Via CM/ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Rm. 18B
New York, NY 10007

Re: ***Tripoint Holdings, LLC v. Prime Trust, LLC et al.***
**Case No.: 19-cv-11055**

Dear Hon. Judge Cote:

Pursuant to Your Honor's *Individual Practices in Civil Cases*, Rule 1(E) and the Notice of Initial Pretrial Conference ("Notice"), Plaintiff TriPoint Holdings, LLC ("TriPoint") respectfully requests an adjournment of the Initial Pretrial Conference ("Conference") currently scheduled for January 31, 2020, at 2:00 pm. TriPoint and Defendants Prime Trust, LLC, Banq, Inc. and Scott Purcell (collectively, "Defendants") have initiated discussions to potentionally resolve the above-referenced matter. In an effort to reduce the cost incurred by the Parties, Plaintiff requests that the Conference be adjourned to February 28, 2020, at 11:30 am to allow the Parties an opportunity to resolve.

This is Plaintiff's <u>first</u> request for an extension of time. Plaintiff's counsel has conferred with Defendants' counsel in this matter, and Defendants' counsel has provided his consent to the extension and the new date. Should the Court require any additional information, please feel free to contact me.

*[Handwritten endorsement: The conference is adjourned to 2/28 at 11:30 a.m. /s/ Denise Cote 1/28/2]*

Sincerely,

/s/ *Jenny Johnson-Sardella*
Jenny Johnson-Sardella

cc:   All Counsel of Record