UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
:                    19cv11055(DLC)
TRIPOINT HOLDINGS, LLC,                   :
:                        ORDER
Plaintiff,   :
:
-v-           :
:
PRIME TRUST, LLC, BANQ INC., and SCOTT :
PURCELL,
Defendants.   :
:
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

DENISE COTE, District Judge:

ORDERED that the April 13, 2020 conference is adjourned to

**April 17** at **10:30 a.m.** in Courtroom 18B, 500 Pearl Street.


Dated:     New York, New York
February 12, 2020

_____
DENISE COTE
United States District Judge